UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Stuart M. Nachbar, P.C.
354 Eisenhower Parkway, Suite 2025, Plaza 1
Post Office Box 2205
Livingston, New Jersey 07039
(973) 567-0954
Stuart M. Nachbar, Esq. (SN-9998)
Attorneys for the Chapter 13 Debtor,
Kevin Van Putten

Order Filed on June 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KEVIN VAN PUTTEN,

Case Number: 19-20626

Hearing Date: _____

Judge: Vincent F. Papalia

Chapter: 13

Recommended Local Form:     ☒ Followed     ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 7, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to _____June 26, 2019_____.

☐ Denied.

*rev.8/1/15*