# United States Bankruptcy Court
**District of New Jersey**

In re   **Kevin . Van Putten**                                    Case No.   **19-20626**

                                     Debtor(s)                                   Chapter   **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **June 24, 2019**                                    **/s/ Kevin . Van Putten**
                                                                 **Kevin . Van Putten**
                                                                 Signature of Debtor

I,  **Stuart M. Nachbar** , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **3** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **June 24, 2019**                                    **/s/ Stuart M. Nachbar**
                                                                 Signature of Attorney
                                                                 **Stuart M. Nachbar**
                                                                 **Law Office of Stuart M. Nachbar, P.C.**
                                                                 **354 Eisenhower Parkway, Suite 2025**
                                                                 **P.O. Box 2205**
                                                                 **Livingston, NJ 07039**
                                                                  **973-567-0954   Fax: 973-629-1294**

```
Ally Financial
Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438


Atlantic Credit and Finance
c/o Forster Garbus & Barbus
7 Banta Place
Hackensack, NJ 07601


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Carrington Mortgage Services
Attn: Bankruptcy
Po Box 3730
Anaheim, CA 92806


Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062


Eichenbaum & Stylianou, LLC
10 Forest Avenue
Suite 300
P.O. Box 914
Paramus, NJ 07653-0914


Essex County Sheriff's Department
50 West Market Street
Newark, NJ 07102


EZ Pass Port Authority NY & NJ
P.O. Box 149003
Staten Island, NY 10314
```

```
Fein Such Kahn & Shepard, P.C.
7 Century Drive
Suite 201
Parsippany, NJ 07054


First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108


Long Island State Efcu
250 Veterans Highway
Hauppauge, NY 11788-5500


Long Island State Efcu
250 Veterans Highway
Hauppauge, NY 11788-5500


Midland Funding LLC
ATTN: Mia Kiritsis, Esq
1037 Raymond Blvd
Suite 710
Newark, NJ 07102


Municipal Credit Union
Attn: Bankruptcy
Po Box 3205
New York, NY 10007


Municipal Credit Union
Attn: Bankruptcy
Po Box 3205
New York, NY 10007
```

```
Municipal Credit Union
Attn: Bankruptcy
Po Box 3205
New York, NY 10007


New Jersey Attorney General Office
Division of Law
Richard H. Hughes Justic Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112


New Jersey Division of Taxation
Compliance & Enforcement-Bankruptcy Unit
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ 08695-0267


New York State - Assessment Receiveable
Division of Taxation
PO Box 4127
Binghamton, NY 13902


New York State - Assessment Receiveable
Division of Taxation
PO Box 4127
Binghamton, NY 13902


Santander Consumer USA
5201 Rufe Snow Drive
Suite 400
North Richland Hills, TX 76180


Sterling Jewelers/Jared
Attn: Bankruptcy
375 Ghent Rd
Akron, OH 44333


Suntrust Bank
Attn: Bankruptcy
Po Box 85092 Mc Va-Wmrk-7952
Richmond, VA 23286


Varius Holdings, LLC
PO Box 1931
Burlingame, CA 94011
```