Law Office of Stuart M. Nachbar, P.C.
354 Eisenhower Parkway, Suite 2025, Plaza 1
Post Office Box 2205
Livingston, New Jersey 07039
(973) 567-0954
Stuart M. Nachbar, Esq. (SN-9998)
Attorneys for the Chapter 13 Debtor, Kevin Van Putten

**Order Filed on June 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In the Matter of: | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| KEVIN VAN PUTTEN, | : |
| | : Honorable Vincent F. Papalia |
| Debtor. | : |
| | : Chapter 13 |
| | : Case No. 19-20626 (VFP) |

Hearing Date: To be set by Court.
Oral Argument: Waived, unless Timely Opposition Received.

ORDER GRANTING DEBTOR'S MOTION FOR IMPOSITION OF THE AUTOMATIC STAY AS TO ALL DEBTORS' CREDITORS PURSUANT TO 11 U.S.C.§362©)(3) AND FOR OTHER RELATED RELIEF

The relief set forth on the following pages, numbered one (1) through one (1) is hereby ORDERED.

**DATED: June 25, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

In re: Kevin Van Putten
Case Number: 19-20626(VFP)
Caption of Order: Order Granting Debtor's Motion for Imposition Of the Automatic Stay as to All Debtor's Creditors Pursuant to 11 U.S.C.§362(c)(3) and for Other Related Relief

Upon Motion of the Chapter 13 Debtor, Kevin Van Putten, this Court finds:

1. That the proper notice of the Hearing on the Motion was given so as to allow the Secured Creditor and Chapter 13 Standing Trustee adequate time to object or otherwise respond to the Motion.

2. That the Debtor has rebutted the presumption that this case was filed in "bad faith" by clear and convincing evidence.

3. That any and all objections, if any, to the Motion have either been withdrawn or overruled.

4. It is therefore ORDERED, that the provisions of the Automatic Stay are hereby continued as to the Secured Creditor of the Debtor, Wilmington Savings Fund Society, and it's servicer, Carrington Mortgage Services.