Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  19−20626−VFP
           Chapter:  13
           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin . Van Putten
   42−44 Oriental Street
   Newark, NJ 07104−6019

Social Security No.:
   xxx−xx−2604

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               8/1/19
Time:              08:30 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 26, 2019
JAN: dlr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-20626-VFP
Kevin . Van Putten                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 26, 2019
                              Form ID: 132             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
```
db              Kevin . Van Putten,    42-44 Oriental Street,    Newark, NJ  07104-6019
518267460      +Atlantic Credit and Finance,    c/o Forster Garbus & Barbus,    7 Banta Place,
                 Hackensack, NJ 07601-5604
518267463      +Carrington Mortgage Services,    Attn: Bankruptcy,    Po Box 3730,    Anaheim, CA 92803-3730
518267467       EZ Pass Port Authority NY & NJ,    P.O. Box 149003,    Staten Island, NY 10314
518267465       Eichenbaum & Stylianou, LLC,    10 Forest Avenue,    Suite 300,    P.O. Box 914,
                 Paramus, NJ 07653-0914
518267466      +Essex County Sheriff's Department,    50 West Market Street,    Newark, NJ 07102-1692
518267468      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518267469      +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518316844      +Long Island State Efcu,    250 Veternas Highway,    Hauppague, New York 11788-5500
518267472     ++++MIDLAND FUNDING LLC,    ATTN: MIA KIRITSIS, ESQ,    1 RIVERFRONT PLZ STE 710,
                 NEWARK NJ  07102-5415
                (address filed with court:  Midland Funding LLC,     ATTN: Mia Kiritsis, Esq,    1037 Raymond Blvd,
                 Suite 710,    Newark, NJ 07102)
518303400      +NY State Dept of Taxation and Finance,    PO Box 5300,    Albany NY 12205-0300
518267476       New Jersey Attorney General Office,    Division of Law,    Richard H. Hughes Justic Complex,
                 25 Market Street, P.O. Box 112,    Trenton, NJ 08625-0112
518267478      +New York State - Assessment Receiveable,    Division of Taxation,    PO Box 4127,
                 Binghamton, NY 13902-4127
518267477     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ  08646-0245
                (address filed with court:  New Jersey Division of Taxation,
                 Compliance & Enforcement-Bankruptcy Unit,    50 Barrack Street, 9th Floor,    P.O. Box 245,
                 Trenton, NJ 08695-0267)
518267479      +Santander Consumer USA,    5201 Rufe Snow Drive,    Suite 400,
                 North Richland Hills, TX 76180-6036
518284107      +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
518267481      +Suntrust Bank,    Attn: Bankruptcy,    Po Box 85092 Mc Va-Wmrk-7952,    Richmond, VA 23285-5092
518316845      +Varius Holdings, LLC,    P.O. Box 1931,    Burlingame, CA 94011-1931
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2019 00:28:36      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2019 00:28:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518267459      +E-mail/Text: ally@ebn.phinsolutions.com Jun 27 2019 00:24:53      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
518267461      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2019 00:23:08      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518308293      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 27 2019 00:33:37
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518267464      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 27 2019 00:29:11
                 Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
518318986       E-mail/Text: cio.bncmail@irs.gov Jun 27 2019 00:27:51      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
518267473       E-mail/Text: bankruptcynotice@nymcu.org Jun 27 2019 00:28:55      Municipal Credit Union,
                 Attn: Bankruptcy,    Po Box 3205,    New York, NY 10007
518267480      +E-mail/Text: BKRMailOPS@weltman.com Jun 27 2019 00:28:07      Sterling Jewelers/Jared,
                 Attn: Bankruptcy,    375 Ghent Rd,    Akron, OH 44333-4601
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518267470       Long Island State Efcu
518267471       Long Island State Efcu
518267462*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518267474*    ++MUNICIPAL CREDIT UNION,    22 CORTLANDT STREET,    24TH FLOOR,    NEW YORK NY 10007-3153
                (address filed with court:  Municipal Credit Union,    Attn: Bankruptcy,    Po Box 3205,
                 New York, NY 10007)
518267475*    ++MUNICIPAL CREDIT UNION,    22 CORTLANDT STREET,    24TH FLOOR,    NEW YORK NY 10007-3153
                (address filed with court:  Municipal Credit Union,    Attn: Bankruptcy,    Po Box 3205,
                 New York, NY 10007)
518297872*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ  08646-0245
                (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
                                                                                          TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jun 26, 2019
                               Form ID: 132             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com
              Stuart M. Nachbar    on behalf of Debtor Kevin . Van Putten stuart@snanj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4