Law Office of Stuart M. Nachbar, P.C.
354 Eisenhower Parkway, Suite 2025, Plaza 1
Post Office Box 2205
Livingston, New Jersey 07039
(973) 567-0954
Stuart M. Nachbar, Esq. (SN-9998)
Attorneys for the Chapter 13 Debtor, Kevin Van Putten

**Order Filed on June 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In the Matter of: | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| KEVIN VAN PUTTEN, | : Honorable Vincent F. Papalia |
| Debtor. | : Chapter 13 |
| | : Case No. 19-20626 (VFP) |

Hearing Date: To be set by Court.
Oral Argument: Waived, unless Timely Opposition Received.

ORDER GRANTING DEBTOR'S MOTION FOR IMPOSITION OF THE AUTOMATIC STAY AS TO ALL DEBTORS' CREDITORS PURSUANT TO 11 U.S.C.§362©)(3) AND FOR OTHER RELATED RELIEF

The relief set forth on the following pages, numbered one (1) through one (1) is hereby ORDERED.

DATED: June 25, 2019

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

In re: Kevin Van Putten
Case Number: 19-20626(VFP)
Caption of Order: Order Granting Debtor's Motion for Imposition Of the Automatic Stay as to All Debtor's Creditors Pursuant to 11 U.S.C.§362(c)(3) and for Other Related Relief

Upon Motion of the Chapter 13 Debtor, Kevin Van Putten, this Court finds:

1. That the proper notice of the Hearing on the Motion was given so as to allow the Secured Creditor and Chapter 13 Standing Trustee adequate time to object or otherwise respond to the Motion.

2. That the Debtor has rebutted the presumption that this case was filed in "bad faith" by clear and convincing evidence.

3. That any and all objections, if any, to the Motion have either been withdrawn or overruled.

4. It is therefore ORDERED, that the provisions of the Automatic Stay are hereby continued as to the Secured Creditor of the Debtor, Wilmington Savings Fund Society, and it's servicer, Carrington Mortgage Services.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-20626-VFP
Kevin . Van Putten                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Jun 26, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db              Kevin . Van Putten,    42-44 Oriental Street,    Newark, NJ  07104-6019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com
              Stuart M. Nachbar    on behalf of Debtor Kevin . Van Putten stuart@snanj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4