UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ❑ represent the _____ in the above-captioned matter.

    ❑ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ❑ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: _____    _____
                                                                Signature

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |

```
Label Matrix for local noticing          Synchrony Bank c/o PRA Receivables Managemen    U.S. Bankruptcy Court
0312-2                                    PO BOX 41021                                   MLK Jr Federal Building
Case 19-20626-VFP                         Norfolk, VA 23541-1021                         50 Walnut Street
District of New Jersey                                                                   Newark, NJ 07102-3550
Newark
Wed Jul  3 10:49:18 EDT 2019

Ally Financial                            Atlantic Credit and Finance                   Capital One
Attn: Bankruptcy Dept                     c/o Forster Garbus & Barbus                   Attn: Bankruptcy
Po Box 380901                             7 Banta Place                                 Po Box 30285
Bloomington, MN 55438-0901                Hackensack, NJ 07601-5604                     Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.              Carrington Mortgage Services                  Credit Collection Services
4515 N Santa Fe Ave                       Attn: Bankruptcy                              Attn: Bankruptcy
Oklahoma City, OK 73118-7901              Po Box 3730                                   725 Canton St
                                          Anaheim, CA 92803-3730                        Norwood, MA 02062-2679


EZ Pass Port Authority NY & NJ            Eichenbaum & Stylianou, LLC                   Essex County Sheriff's Department
P.O. Box 149003                           10 Forest Avenue                              50 West Market Street
Staten Island, NY 10314                   Suite 300                                     Newark, NJ 07102-1692
                                          P.O. Box 914
                                          Paramus, NJ 07653-0914


First Premier Bank                        Internal Revenue Service                      KML Law Group, P.C.
Attn: Bankruptcy                          P.O. Box 7346                                 216 Haddon Avenue
Po Box 5524                               Philadelphia, PA 19101-7346                   Suite 406
Sioux Falls, SD 57117-5524                                                              Westmont, NJ 08108-2812


Long Island State Efcu                    (c)MIDLAND FUNDING LLC                        Municipal Credit Union
250 Veternas Highway                      ATTN: MIA KIRITSIS, ESQ                       Attn: Bankruptcy
Hauppague, New York 11788-5500            1 RIVERFRONT PLZ STE 710                      Po Box 3205
                                          NEWARK NJ   07102-5415                        New York, NY 10007


NY State Dept of Taxation and Finance     New Jersey Attorney General Office            (p)STATE OF NEW JERSEY
PO Box 5300                               Division of Law                               DIVISION OF TAXATION BANKRUPTCY UNIT
Albany NY 12205-0300                      Richard H. Hughes Justic Complex              PO BOX 245
                                          25 Market Street, P.O. Box 112                TRENTON NJ 08646-0245
                                          Trenton, NJ 08625-0112


New York State - Assessment Receiveable   Santander Consumer USA                        Santander Consumer USA, Inc.
Division of Taxation                      5201 Rufe Snow Drive                          P.O. Box 560284
PO Box 4127                               Suite 400                                     Dallas, TX 75356-0284
Binghamton, NY 13902-4127                 North Richland Hills, TX 76180-6036


Sterling Jewelers/Jared                   Suntrust Bank                                 Synchrony Bank
Attn: Bankruptcy                          Attn: Bankruptcy                              c/o of PRA Receivables Management, LLC
375 Ghent Rd                              Po Box 85092 Mc Va-Wmrk-7952                  PO Box 41021
Akron, OH 44333-4601                      Richmond, VA 23285-5092                       Norfolk, VA 23541-1021


U.S. Trustee                              Varius Holdings, LLC                          Kevin . Van Putten
US Dept of Justice                        P.O. Box 1931                                 42-44 Oriental Street
Office of the US Trustee                  Burlingame, CA 94011-1931                     Newark, NJ 07104-6019
One Newark Center Ste 2100
Newark, NJ 07102-5235
```

```
Marie-Ann Greenberg                        Stuart M. Nachbar
Chapter 13 Standing Trustee                Law Office of Stuart M Nachbar
30 Two Bridges Rd                          354 Eisenhower Parkway
Suite 330                                  Suite 2025
Fairfield, NJ 07004-1550                   P.O. Box 2205
                                           Livingston, NJ 07039-7805
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
New Jersey Division of Taxation            (d)State of New Jersey
Compliance & Enforcement-Bankruptcy Unit   Department of Treasury
50 Barrack Street, 9th Floor               Division of Taxation
P.O. Box 245                               PO Box 245
Trenton, NJ 08695-0267                     Trenton, NJ 08695-0245
```

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
Midland Funding LLC
ATTN: Mia Kiritsis, Esq
1037 Raymond Blvd
Suite 710
Newark, NJ 07102
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Wilmington Savings Fund Society, FSB, as T    (u)Long Island State Efcu        End of Label Matrix
                                                                                  Mailable recipients   31
                                                                                  Bypassed recipients    2
                                                                                  Total                 33
```