Certificate Number: 05781-NJ-DE-033190013

Bankruptcy Case Number: 19-20626



05781-NJ-DE-033190013

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2019, at 10:45 o'clock PM PDT, Kevin Van Putten completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   July 31, 2019               By:     /s/Allison M Geving

                                    Name:   Allison M Geving

                                    Title:  President