UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

49343
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

**Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

KEVIN VAN PUTTEN

Case No.: 19-20626

Adv. No.:

Hearing Date: 9-5-19

Judge:  VFP

## ORDER RESOLVING OBJECTION TO CONFIRMATION OF SANTANDER CONSUMER USA INC.

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Kevin Van Putten**
**19-20626(VFP)**
**Order resolving objection to confirmation of Santander Consumer USA Inc.**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of Stuart Nachbar, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1.  Santander Consumer USA Inc. is unaffected by the plan.

2.  **Lien retention:**  In accordance with 11 U.S.C. 1325(a)(5)(B)(i)(I)(aa), Santander Consumer USA Inc. shall retain its lien on the vehicle in this case until it has been paid in full by the debtor in accordance with the terms of the retail installment contract encumbering debtor's vehicle.

3.  The terms of this order shall be deemed to modify debtor's Chapter 13 Plan.