UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Law Office of Stuart M. Nachbar, P.C.
By: Stuart M. Nachbar, Esq (SN-9998)
354 Eisenhower Parkway, Plaza 1, Suite 2025
Post Office Box 2205
Livingston, New Jersey 07039
(973) 567-0954

**Order Filed on October 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kevin Van Putten
Chapter 13 Debtor

Case No.:        19-20626

Chapter:            13

Judge:          Papalia

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 11, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____7/1/19_____ :

Property:    42-44 Oriental Street Newark, New Jersey 07104-6019

Creditor:    Carrington Mtg for Willington

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____01/10/20_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2