**LAW OFFICE OF**
**STUART M. NACHBAR**
*Advocating and Assisting Families with Special Needs*

354 Eisenhower Parkway, Suite 2025
PO Box 2205 ■ Livingston, NJ 07039
Tel: (973) 567-0954 ■ Fax: (973) 629-1294
stuart@snanj.com

Licensed to Practice: New York, New Jersey and US Supreme Court

January 14, 2020

<u>VIA CM/ECF</u>
**HONORABLE VINCENT F. PAPALIA**
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

In Re: Kevin Van Putten
Case # 19-20626(VFP)

Dear Judge Papalia:

As Your Honor is aware, this Firm represents the above-referenced Chapter 13 Debtor who is in Loan Modification. As Your Honor is also aware, we timely filed an Extension to Loss Mitigation, but we had yet to hear from the Lender as to their consent to enter same.

We attach hereto as a supplement to the Application to Extend Loss Mitigation a copy of the message from the DMM Portal, wherein the Lender has consented to extending Loss Mitigation.

As such, we respectfully request that the Court enter the Proposed Form of Order attached to the Application, if same meets with Your Honor's approval.

Respectfully submitted,
/s/ Stuart M. Nachbar
By: Stuart M. Nachbar, Esq.

We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.

Currently Viewing:

Borrower Name: Van Putten, Kevin
Property Address: 42 Oriental Street Newark, NJ 07104
Servicer Name: Carrington Mortgage Services, LLC
Loan Number: 7000078946

| Date | Activity By | Action Taken |
|---|---|---|
| 01/10/2020 12:29:52 PM ET | Servicer | Message Sent |

**From:** Rudolph Orozco (Servicer)
**Subject:** RE: Extending Loss Mitigation
**Message:**
Mr. Nachbar,

CMS consents to your filing of an application for an extension. Thank you.

*above sent in reply to:*

| Date | Activity By | Action Taken |
|---|---|---|
| 01/07/2020 10:57:00 AM ET | Attorney | Message Sent |

**From:** Stuart Nachbar (Borrower Attorney)
**Subject:** RE: Extending Loss Mitigation
**Message:**
Please be advised that Loss Mitigation expires in a few days. I am submitting an Application to the Court for Extension. Under the new Rules, here in New Jersey, I am requesting consent to extend. Please advise asap

Thank you

Stuart Nachbar

*above sent in reply to:*

| Date | Activity By | Action Taken |
|---|---|---|
| 01/02/2020 03:48:31 PM ET | Servicer | Message Sent |

**From:** Dolores Howell (Servicer)
**Subject:** RE: File Resubmitted
**Message:**
This message is to confirm that Carrington Mortgage Services (aka, CMS) is in receipt of the **Pension, Bank Statements, Proof of payment, Lease agreement, & Rental Receipts** submitted through the DMM Portal as **FILE RESUBMITTED** on 12/31/19. It has been forwarded to our Loss Mitigation Department today for review. Thank you.

**NOTE:** The receipt and acknowledgment of the additional loan modification documents received through the DMM Portal does not constitute a complete package. The additional documents received will be reviewed by the Loss Mitigation Department to deem it complete or incomplete.

| Date *above sent in reply to:* | Activity By | Action Taken |
|---|---|---|
| 12/31/2019 03:13:14 PM ET | Attorney | File Resubmitted |

Stuart Nachbar resubmitted file for review:
**Reason:** Completed Package
**Message:** Please see the message IU sent you with the documentation you requested
**Attached Files:**

© 2020 - www.dclmwp.com