STUART M. NACHBAR, ESQ.
LAW OFFICE OF STUART M. NACHBAR, PC
354 EISENHOWER PARKWAY
SUITE 2025, PO BOX 2205
LIVINGSTON, NJ  07039

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-20626

| Re: | KEVIN VAN PUTTEN<br>42-44 ORIENTAL STREET<br>NEWARK,  NJ  07104-6019 | Atty: | STUART M. NACHBAR, ESQ.<br>LAW OFFICE OF STUART M. NACHBAR, PC<br>354 EISENHOWER PARKWAY<br>SUITE 2025, PO BOX 2205<br>LIVINGSTON, NJ  07039 |
|---|---|---|---|

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $60,000.00**

### RECEIPTS AS OF 01/15/2020      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2019 | $1,000.00 | 26055501906 | 07/30/2019 | $1,000.00 | 25869573426 |
| 08/05/2019 | $1,000.00 | 6073742000 | 09/23/2019 | $1,000.00 | 6194573000 |
| 10/10/2019 | $1,000.00 | 6245939000 | 11/06/2019 | $1,000.00 | 6314245000 |
| 12/05/2019 | $1,000.00 | 6385222000 | 12/06/2019 | $1,000.00 | 6385222000 |
| 12/10/2019 | ($1,000.00) | 6385222000 | 01/09/2020 | $1,000.00 | 6470077000 |

**Total Receipts: $8,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $8,000.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020      (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | | | | | | |
| | 10/21/2019 | $914.10 | 835,755 | 11/18/2019 | $613.53 | 837,818 |
| | 12/16/2019 | $300.89 | 839,735 | 01/13/2020 | $300.89 | 841,613 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 343.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ATLANTIC CREDIT AND FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,024.88 | * | 0.00 | |
| 0004 | CARRINGTON MORTGAGE SERVICES LLC | MORTGAGE ARRE | 144,016.66 | 100.00% | 0.00 | |
| 0005 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | NEW YORK STATE THRUWAY AUTHORITY | UNSECURED | 161.75 | * | 0.00 | |
| 0007 | EICHENBAUM & STYLIANOU, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | FIRST PREMIER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | LONG ISLAND STATE EFCU | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | MIDLAND FUNDING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | MCU COLLECTION/LOSS PREVENTION | UNSECURED | 1,939.24 | * | 0.00 | |

**Chapter 13 Case # 19-20626**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0015 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0016 | NEW YORK STATE DEPARTMENT OF TAX | UNSECURED | 4,183.17 | * | 0.00 | |
| 0017 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0018 | STERLING JEWELERS/JARED | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SUNTRUST BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | STATE OF NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | CAPITAL ONE BANK (USA) NA | UNSECURED | 3,185.20 | * | 0.00 | |
| 0024 | UNITED STATES TREASURY/IRS | PRIORITY | 27,305.62 | 100.00% | 0.00 | |
| 0025 | FEIN SUCH KAHN & SHEPARD | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | LONG ISLAND STATE EFCU | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | MCU COLLECTION/LOSS PREVENTION | UNSECURED | 58.16 | * | 0.00 | |
| 0028 | MCU COLLECTION/LOSS PREVENTION | UNSECURED | 11,407.90 | * | 0.00 | |
| 0029 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 12,696.56 | 100.00% | 2,129.41 | |
| 0030 | VARIUS HOLDINGS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | UNITED STATES TREASURY/IRS | UNSECURED | 2,387.85 | * | 0.00 | |
| 0032 | LVNV FUNDING LLC | UNSECURED | 1,186.06 | * | 0.00 | |
| 0033 | SANTANDER CONSUMER USA INC. | ADMINISTRATIVE | 431.00 | 100.00% | 0.00 | |

**Total Paid:  $2,472.41**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $8,000.00        -    Paid to Claims: $2,129.41      -    Admin Costs Paid: $343.00     =    Funds on Hand: $5,527.59

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.