UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Stuart M. Nachbar, P.C.
354 Eisenhower Parkway, Suite 2025
Livingston, New Jersey 07039
(973) 567-0954
By: Stuart M. Nachbar, Esq (SN-9998)
Counsel for Debtor

In Re:
Kevin Van Putten
Chapter 13 Debtor

Order Filed on April 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-20626

Chapter: 13

Judge: Papalia

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 17, 2020**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  7/1/19 _____ :

Property:      42-44 Oriental Street, Newark, New Jersey 07102

Creditor:      Carrington Mortgage Services, LLC

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  Debtor_____ , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[ ] The Loss Mitigation Period is extended up to and including  7/10/2020_____.

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*