UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Stuart M. Nachbar, P.C.
354 Eisenhower Parkway, Suite 2025
Livingston, New Jersey 07039
(973) 567-0954
By: Stuart M. Nachbar, Esq (SN-9998)
Counsel for Debtor

**Order Filed on April 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Kevin Van Putten
Chapter 13 Debtor

Case No.: 19-20626

Chapter: 13

Judge: Papalia

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 17, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  7/1/19              :

Property:    42-44 Oriental Street, Newark, New Jersey 07102

Creditor:    Carrington Mortgage Services, LLC

and a Request for

[X]  Extension of the Loss Mitigation Period having been filed by  Debtor              , and for good cause shown,

[ ]  Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[ ]  The Loss Mitigation Period is extended up to and including  7/10/2020              .

[ ]  The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin . Van Putten  
    Debtor

Case No. 19-20626-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 17, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.  
db           Kevin . Van Putten,    42-44 Oriental Street,    Newark, NJ   07104-6019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2020 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com  
       Stuart M. Nachbar    on behalf of Debtor Kevin . Van Putten stuart@snanj.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                     TOTAL: 6