Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 19−20626−VFP
                              Chapter: 13
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin . Van Putten
   42−44 Oriental Street
   Newark, NJ 07104−6019

Social Security No.:
   xxx−xx−2604

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:
Time:
Location:

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Stuart M. Nachbar

COMMISSION OR FEES
$6039.00

EXPENSES
$129.40

If this is a chapter 13 case, the fees and expenses awarded:

     ☐    will not reduce the amount to be paid to general unsecured
               creditors under the plan.

     ☑    will reduce the amount to be paid to general unsecured
               creditors under the plan as follows: Debtor has a Pro Rata Plan and amount to General Unsecured
will be reduced by amount of Fee Application award pro rata

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 8, 2020
JAN:

                                        Jeanne Naughton
                                        Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                      Case No. 19-20626-VFP
Kevin . Van Putten                                                          Chapter 13
       Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: May 08, 2020
                               Form ID: 137                 Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2020.
db             Kevin . Van Putten,    42-44 Oriental Street,    Newark, NJ 07104-6019
cr            +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
518267460     +Atlantic Credit and Finance,    c/o Forster Garbus & Barbus,    7 Banta Place,
               Hackensack, NJ 07601-5604
518267463     +Carrington Mortgage Services,    Attn: Bankruptcy,    Po Box 3730,    Anaheim, CA 92803-3730
518346994     +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
518267467      EZ Pass Port Authority NY & NJ,    P.O. Box 149003,    Staten Island, NY 10314
518267465      Eichenbaum & Stylianou, LLC,    10 Forest Avenue,    Suite 300,    P.O. Box 914,
               Paramus, NJ 07653-0914
518267466     +Essex County Sheriff's Department,    50 West Market Street,    Newark, NJ 07102-1692
518267468     +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518267469     +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518316844     +Long Island State Efcu,    250 Veternas Highway,    Hauppague, New York 11788-5500
518267472    ++++MIDLAND FUNDING LLC,    ATTN: MIA KIRITSIS, ESQ,    1 RIVERFRONT PLZ STE 710,
               NEWARK NJ 07102-5415
              (address filed with court: Midland Funding LLC,     ATTN: Mia Kiritsis, Esq,    1037 Raymond Blvd,
                Suite 710,    Newark, NJ 07102)
518303400     +NY State Dept of Taxation and Finance,    PO Box 5300,    Albany NY 12205-0300
518267476      New Jersey Attorney General Office,    Division of Law,    Richard H. Hughes Justic Complex,
               25 Market Street, P.O. Box 112,    Trenton, NJ 08625-0112
518267478     +New York State - Assessment Receiveable,    Division of Taxation,    PO Box 4127,
               Binghamton, NY 13902-4127
518463438     +New York State Thruway Authority,    200 Southern Blvd.,    Albany, NY 12209-2098
518267477     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: New Jersey Division of Taxation,
                Compliance & Enforcement-Bankruptcy Unit,     50 Barrack Street, 9th Floor,    P.O. Box 245,
                Trenton, NJ 08695-0267)
518267479     +Santander Consumer USA,    5201 Rufe Snow Drive,    Suite 400,
               North Richland Hills, TX 76180-6036
518284107     +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
518267481     +Suntrust Bank,    Attn: Bankruptcy,    Po Box 85092 Mc Va-Wmrk-7952,    Richmond, VA 23285-5092

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 08 2020 22:51:38     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2020 22:51:35      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518267459     +E-mail/Text: ally@ebn.phinsolutions.com May 08 2020 22:51:02      Ally Financial,
               Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
518267461     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 08 2020 22:57:19      Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518308293     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 08 2020 23:08:58
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518267464     +E-mail/Text: bankruptcy_notifications@ccsusa.com May 08 2020 22:52:00
               Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
518318986      E-mail/Text: sbse.cio.bnc.mail@irs.gov May 08 2020 22:51:18     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
518316845      E-mail/Text: documentfiling@lciinc.com May 08 2020 22:51:03     Varius Holdings, LLC,
               P.O. Box 1931,    Burlingame, CA 94011
518579390      E-mail/PDF: resurgentbknotifications@resurgent.com May 08 2020 22:57:25      LVNV Funding LLC,
               PO Box 10587,    Greenville, SC 29603-0587
518579391      E-mail/PDF: resurgentbknotifications@resurgent.com May 08 2020 22:57:24      LVNV Funding LLC,
               PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
               Greenville, SC 29603-0587
518392013      E-mail/Text: bankruptcynotice@nymcu.org May 08 2020 22:51:51     MUNICIPAL CREDIT UNION,
               MCU-COLLECTIONS/LOSS PREVENTION DEPT.,    22 CORTLANDT ST 24 FL,    NEW YORK, NY 10007-3153
518267473      E-mail/Text: bankruptcynotice@nymcu.org May 08 2020 22:51:51     Municipal Credit Union,
               Attn: Bankruptcy,    Po Box 3205,    New York, NY 10007
518267480     +E-mail/Text: BKRMailOPS@weltman.com May 08 2020 22:51:24     Sterling Jewelers/Jared,
               Attn: Bankruptcy,    375 Ghent Rd,    Akron, OH 44333-4601
518322433     +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 22:58:06     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518391897     +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 22:58:05     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518267470      Long Island State Efcu
518267471      Long Island State Efcu
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 08, 2020
                              Form ID: 137             Total Noticed: 35

cr*              +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518267462*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518267474*      ++MUNICIPAL CREDIT UNION,    22 CORTLANDT STREET,    24TH FLOOR,    NEW YORK NY 10007-3153
                  (address filed with court:  Municipal Credit Union,    Attn: Bankruptcy,    Po Box 3205,
                    New York, NY 10007)
518267475*      ++MUNICIPAL CREDIT UNION,    22 CORTLANDT STREET,    24TH FLOOR,    NEW YORK NY 10007-3153
                  (address filed with court:  Municipal Credit Union,    Attn: Bankruptcy,    Po Box 3205,
                    New York, NY 10007)
518297872*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                    TRENTON NJ 08646-0245
                  (address filed with court:  State of New Jersey,    Department of Treasury,
                    Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
                                                                                             TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com
              Stuart M. Nachbar    on behalf of Debtor Kevin . Van Putten stuart@snanj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6
```