**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

June 24, 2020

**Re: Standing Trustee's Notice of Distribution**
    **Case No: 19-20626**

On September 13, 2019 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 24, 2020

**Chapter 13 Case # 19-20626**

Atty:   STUART M. NACHBAR, ESQ.

Re:    KEVIN VAN PUTTEN
       42-44 ORIENTAL STREET
       NEWARK, NJ  07104-6019

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $60,000.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2019 | $1,000.00 | 26055501906 | 07/30/2019 | $1,000.00 | 25869573426 |
| 08/05/2019 | $1,000.00 | 6073742000 | 09/23/2019 | $1,000.00 | 6194573000 |
| 10/10/2019 | $1,000.00 | 6245939000 | 11/06/2019 | $1,000.00 | 6314245000 |
| 12/05/2019 | $1,000.00 | 6385222000 | 12/06/2019 | $1,000.00 | 6385222000 |
| 12/10/2019 | ($1,000.00) | 6385222000 | 01/09/2020 | $1,000.00 | 6470077000 |
| 02/07/2020 | $1,000.00 | 6546420000 | 03/09/2020 | $1,000.00 | 6626180000 |
| 04/13/2020 | $1,000.00 | 6709770000 | 05/11/2020 | $1,000.00 | 6783188000 |
| 06/10/2020 | $1,000.00 | 6855914000 | | | |

**Total Receipts: $13,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $13,000.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 722.00 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ATLANTIC CREDIT AND FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,024.88 | * | 0.00 | |
| 0004 | CARRINGTON MORTGAGE SERVICES LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0005 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | NEW YORK STATE THRUWAY AUTHORITY | UNSECURED | 161.75 | * | 0.00 | |
| 0007 | EICHENBAUM & STYLIANOU, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | FIRST PREMIER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | LONG ISLAND STATE EFCU | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | MIDLAND FUNDING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | MCU COLLECTION/LOSS PREVENTION | UNSECURED | 1,939.24 | * | 0.00 | |
| 0015 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0016 | NEW YORK STATE DEPARTMENT OF TAX | UNSECURED | 4,183.17 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0018 | STERLING JEWELERS/JARED | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SUNTRUST BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | STATE OF NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | CAPITAL ONE BANK (USA) NA | UNSECURED | 3,185.20 | * | 0.00 | |
| 0024 | UNITED STATES TREASURY/IRS | PRIORITY | 27,305.62 | 100.00% | 0.00 | |
| 0025 | FEIN SUCH KAHN & SHEPARD | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | LONG ISLAND STATE EFCU | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | MCU COLLECTION/LOSS PREVENTION | UNSECURED | 58.16 | * | 0.00 | |
| 0028 | MCU COLLECTION/LOSS PREVENTION | UNSECURED | 11,407.90 | * | 0.00 | |
| 0029 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 12,696.56 | 100.00% | 2,895.28 | |
| 0030 | VARIUS HOLDINGS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | UNITED STATES TREASURY/IRS | UNSECURED | 2,387.85 | * | 0.00 | |
| 0032 | LVNV FUNDING LLC | UNSECURED | 1,186.06 | * | 0.00 | |
| 0033 | SANTANDER CONSUMER USA INC. | ADMINISTRATIVE | 431.00 | 100.00% | 431.00 | |

**Total Paid: $4,048.28**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | | | | | | |
| | 10/21/2019 | $914.10 | 835755 | 11/18/2019 | $613.53 | 837818 |
| | 12/16/2019 | $300.89 | 839735 | 01/13/2020 | $300.89 | 841613 |
| | 02/10/2020 | $164.09 | 843490 | 03/16/2020 | $300.89 | 845414 |
| | 04/20/2020 | $300.89 | 847357 | | | |
| SANTANDER CONSUMER USA INC. | | | | | | |
| | 02/10/2020 | $431.00 | 843654 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: June 24, 2020.

Receipts: $13,000.00    -    Paid to Claims: $3,326.28    -    Admin Costs Paid: $722.00    =    Funds on Hand: $8,951.72

Base Plan Amount: $60,000.00    -    Receipts: $13,000.00    =    Total Unpaid Balance: **$47,000.00

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.