| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Office of Stuart M. Nachbar, P.C.<br>354 Eisenhower Parkway, Suite 2025<br>Livingston, New Jersey 07039<br>By: Stuart M. Nachbar, Esq (SN-9998)<br>973-567-0954 | **Order Filed on June 25, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Kevin Vanputten,<br>        Chapter 13 Debtor | Case No.:   19-20626<br><br>Chapter:   13<br><br>Judge:   Vincent F. Papalia |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 25, 2020**

**Honorable Vincent F. Papalia<br>United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Stuart M. Nachbar, Esq_____, the applicant, is allowed a fee of $ _____6039_____ for services rendered and expenses in the amount of $_____129.40_____ for a total of $_____6168.40_____. The allowance shall be payable:

- ✔ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

~~The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.~~ (X)

~~This~~ Order shall survive any conversion or dismissal of the case. In the case of a conversion, same shall only be used as prima facia evidence of a claim against the Debtor for an Asset Case or Bad Faith Conversion, not for the Disbursement of Funds held by the former Chapter 13 Standing Trustee and if same is dismissed, applicant shall be permitted to seek remedy through non-bankruptcy methods.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin . Van Putten  
    Debtor

Case No. 19-20626-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 26, 2020  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.  
db         Kevin . Van Putten,    42-44 Oriental Street,    Newark, NJ   07104-6019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com
        Stuart M. Nachbar    on behalf of Debtor Kevin . Van Putten stuart@snanj.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
     TOTAL: 6