Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−20626−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin . Van Putten
   42−44 Oriental Street
   Newark, NJ 07104−6019

Social Security No.:
   xxx−xx−2604

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/19/21 at 10:00 AM

to consider and act upon the following:

*89* − Motion to Approve Loan Modification with SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust Filed by Stuart M. Nachbar on behalf of Kevin. Van Putten. Objection deadline is 07/23/2021. (Attachments: # 1 Application # 2 Proposed Order) (Nachbar, Stuart)

*92* − Objection to Debtor(s) Motion to Approve Loan Modification (related document:89 Motion to Approve Loan Modification with SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust Filed by Stuart M. Nachbar on behalf of Kevin. Van Putten. Objection deadline is 07/23/2021. (Attachments: # 1 Application # 2 Proposed Order) filed by Debtor Kevin. Van Putten) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/12/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court