Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−20626−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin . Van Putten
   42−44 Oriental Street
   Newark, NJ 07104−6019

Social Security No.:
   xxx−xx−2604

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 13, 2019.

On 7/9/21 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:           August 19, 2021
Time:          08:30 AM
Location:      Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 12, 2021
JAN: lc

                                                                                    Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kevin . Van Putten  
    Debtor

Case No. 19-20626-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 12, 2021      Form ID: 185      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kevin . Van Putten, 42-44 Oriental Street, Newark, NJ 07104-6019 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518267460 | + | Atlantic Credit and Finance, c/o Forster Garbus & Barbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518267467 | | EZ Pass Port Authority NY & NJ, P.O. Box 149003, Staten Island, NY 10314 |
| 518267465 | | Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Suite 300, P.O. Box 914, Paramus, NJ 07653-0914 |
| 518267466 | + | Essex County Sheriff's Department, 50 West Market Street, Newark, NJ 07102-1692 |
| 518267468 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518316844 | + | Long Island State Efcu, 250 Veternas Highway, Hauppague, New York 11788-5500 |
| 518267472 | ++++ | MIDLAND FUNDING LLC, ATTN: MIA KIRITSIS, ESQ, 1 RIVERFRONT PLZ STE 710, NEWARK NJ 07102-5415 address filed with court:, Midland Funding LLC, ATTN: Mia Kiritsis, Esq, 1037 Raymond Blvd, Suite 710, Newark, NJ 07102 |
| 518303400 | + | NY State Dept of Taxation and Finance, PO Box 5300, Albany NY 12205-0300 |
| 518267476 | | New Jersey Attorney General Office, Division of Law, Richard H. Hughes Justic Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 518267478 | + | New York State - Assessment Receiveable, Division of Taxation, PO Box 4127, Binghamton, NY 13902-4127 |
| 518463438 | + | New York State Thruway Authority, 200 Southern Blvd., Albany, NY 12209-2098 |
| 518267477 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 518267479 | + | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 518284107 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518267481 | + | Suntrust Bank, Attn: Bankruptcy, Po Box 85092 Mc Va-Wmrk-7952, Richmond, VA 23285-5092 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 12 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 12 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518267459 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 12 2021 20:33:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518267461 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 12 2021 20:45:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518308293 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 12 2021 20:45:20 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-20626-VFP    Doc 99    Filed 07/14/21    Entered 07/15/21 00:13:20    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2021 | Form ID: 185 | Total Noticed: 36 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518267463 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 12 2021 20:34:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 518346994 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 12 2021 20:34:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 518267464 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 12 2021 20:34:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518318986 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2021 20:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518579391 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2021 20:45:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579390 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2021 20:45:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518392013 | | Email/Text: bankruptcynotice@nymcu.org | Jul 12 2021 20:34:00 | MUNICIPAL CREDIT UNION, MCU-COLLECTIONS/LOSS PREVENTION DEPT., 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 518267473 | | Email/Text: bankruptcynotice@nymcu.org | Jul 12 2021 20:34:00 | Municipal Credit Union, Attn: Bankruptcy, Po Box 3205, New York, NY 10007 |
| 518923756 | | Email/Text: bknotices@snsc.com | Jul 12 2021 20:34:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 518267480 | + | Email/Text: BKRMailOPS@weltman.com | Jul 12 2021 20:34:00 | Sterling Jewelers/Jared, Attn: Bankruptcy, 375 Ghent Rd, Akron, OH 44333-4601 |
| 518391897 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2021 20:45:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518322433 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2021 20:45:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518316845 | + | Email/Text: documentfiling@lciinc.com | Jul 12 2021 20:34:00 | Varius Holdings, LLC, P.O. Box 1931, Burlingame, CA 94011-1931 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518267470 | | Long Island State Efcu |
| 518267471 | | Long Island State Efcu |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518267462 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518267474 | *P++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153, address filed with court:, Municipal Credit Union, Attn: Bankruptcy, Po Box 3205, New York, NY 10007 |
| 518267475 | *P++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153, address filed with court:, Municipal Credit Union, Attn: Bankruptcy, Po Box 3205, New York, NY 10007 |
| 518923757 | *P++ | SN SERVICING CORPORATION, 323 FIFTH ST, EUREKA CA 95501-0305, address filed with court:, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 518297872 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518267469 | ##+ | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 2 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 12, 2021 | Form ID: 185 | Total Noticed: 36 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2021                    Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Bungalow Series IV Trust bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com |
| Stuart M. Nachbar | on behalf of Debtor Kevin . Van Putten stuart@snanj.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7