UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on August 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.: _____

Chapter:                    13

Judge: _____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 23, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____, the applicant, is allowed a fee of $ _____ for services rendered and expenses in the amount of $_____ for a total of $_____ . The allowance shall be payable:

❏	through the Chapter 13 plan as an administrative priority.

❏	outside the plan.

X̶ ~~The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.~~

~~This~~ Order shall survive any conversion or dismissal of the case. In the case of a conversion, same shall only be used as prima facia evidence of a claim against the Debtor for an Asset Case or Bad Faith Conversion, not for the Disbursement of Funds held by the former Chapter 13 Standing Trustee and if same is dismissed, applicant shall be permitted to seek remedy through non-bankruptcy methods.

*~~Revised 10/3/02~~*