Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−20626−VFP
                Chapter:  13
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin . Van Putten
   42−44 Oriental Street
   Newark, NJ 07104−6019

Social Security No.:
   xxx−xx−2604

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:     3/3/22
Time:     02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Law Office of Stuart M Nachbar

COMMISSION OR FEES
975.00

EXPENSES
296.40

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 31, 2022
JAN: jf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin . Van Putten  
    Debtor

Case No. 19-20626-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 31, 2022      Form ID: 137      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kevin . Van Putten, 42-44 Oriental Street, Newark, NJ 07104-6019 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 518267460 | + | Atlantic Credit and Finance, c/o Forster Garbus & Barbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518267467 | | EZ Pass Port Authority NY & NJ, P.O. Box 149003, Staten Island, NY 10314 |
| 518267465 | | Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Suite 300, P.O. Box 914, Paramus, NJ 07653-0914 |
| 518267466 | + | Essex County Sheriff's Department, 50 West Market Street, Newark, NJ 07102-1692 |
| 518316844 | + | Long Island State Efcu, 250 Veternas Highway, Hauppague, New York 11788-5500 |
| 518303400 | + | NY State Dept of Taxation and Finance, PO Box 5300, Albany NY 12205-0300 |
| 518267476 | | New Jersey Attorney General Office, Division of Law, Richard H. Hughes Justic Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 518267478 | + | New York State - Assessment Receiveable, Division of Taxation, PO Box 4127, Binghamton, NY 13902-4127 |
| 518463438 | + | New York State Thruway Authority, 200 Southern Blvd., Albany, NY 12209-2098 |
| 518297872 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 31 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 31 2022 20:41:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518267459 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 31 2022 20:40:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518267461 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 21:03:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518308293 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2022 21:04:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518267463 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 31 2022 20:40:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 518346994 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 31 2022 20:40:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 518267464 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 31 2022 20:41:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |

Case 19-20626-VFP   Doc 117   Filed 02/02/22   Entered 02/03/22 00:13:14   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: 137 | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518267468 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 31 2022 21:04:36 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518318986 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 31 2022 20:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518579391 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2022 21:04:37 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579390 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2022 21:04:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518267472 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2022 20:41:00 | Midland Funding LLC, ATTN: Mia Kiritsis, Esq, 1037 Raymond Blvd, Suite 710, Newark, NJ 07102 |
| 518392013 | | Email/Text: bankruptcynotice@nymcu.org | Jan 31 2022 20:41:00 | MUNICIPAL CREDIT UNION, MCU-COLLECTIONS/LOSS PREVENTION DEPT., 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 518267473 | | Email/Text: bankruptcynotice@nymcu.org | Jan 31 2022 20:41:00 | Municipal Credit Union, Attn: Bankruptcy, Po Box 3205, New York, NY 10007 |
| 518923756 | | Email/Text: bknotices@snsc.com | Jan 31 2022 20:41:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 518267477 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 31 2022 20:40:00 | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 518267479 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 31 2022 20:41:00 | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 518284107 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 31 2022 20:41:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518267480 | + | Email/Text: BKRMailOPS@weltman.com | Jan 31 2022 20:40:00 | Sterling Jewelers/Jared, Attn: Bankruptcy, 375 Ghent Rd, Akron, OH 44333-4601 |
| 518267481 | + | Email/Text: bankruptcy@bbandt.com | Jan 31 2022 20:40:00 | Suntrust Bank, Attn: Bankruptcy, Po Box 85092 Mc Va-Wmrk-7952, Richmond, VA 23285-5092 |
| 518391897 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 21:04:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518322433 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 21:04:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518316845 | + | Email/Text: documentfiling@lciinc.com | Jan 31 2022 20:40:00 | Varius Holdings, LLC, P.O. Box 1931, Burlingame, CA 94011-1931 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518267470 | | Long Island State Efcu |
| 518267471 | | Long Island State Efcu |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518267462 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518267474 | *P++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153, address filed with court:, Municipal Credit Union, Attn: Bankruptcy, Po Box 3205, New York, NY 10007 |
| 518267475 | *P++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153, address filed with court:, Municipal Credit Union, Attn: Bankruptcy, Po Box 3205, New York, NY 10007 |
| 518923757 | *P++ | SN SERVICING CORPORATION, 323 FIFTH ST, EUREKA CA 95501-0305, address filed with court:, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: 137 | Total Noticed: 37 |

518267469    ##+    KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812

TOTAL: 2 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2022         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2022 at the address(es) listed below:**

**Name**    **Email Address**

Denise E. Carlon
   on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
   on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Jonathan C. Schwalb
   on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Bungalow Series IV Trust bankruptcy@friedmanvartolo.com

Marie-Ann Greenberg
   magecf@magtrustee.com

Rebecca Ann Solarz
   on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com

Stuart M. Nachbar
   on behalf of Debtor Kevin . Van Putten stuart@snanj.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7