STUART M. NACHBAR, ESQ.
LAW OFFICE OF STUART M. NACHBAR, PC
354 EISENHOWER PARKWAY
SUITE 2025, PO BOX 2205
LIVINGSTON, NJ  07039

Re:  KEVIN VAN PUTTEN
     42-44 ORIENTAL STREET
     NEWARK,  NJ  07104-6019

Atty:  STUART M. NACHBAR, ESQ.
       LAW OFFICE OF STUART M. NACHBAR, PC
       354 EISENHOWER PARKWAY
       SUITE 2025, PO BOX 2205
       LIVINGSTON, NJ  07039

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 19-20626

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $60,000.00**

## RECEIPTS AS OF 01/13/2023                              (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2019 | $1,000.00 | 26055501906 | 07/30/2019 | $1,000.00 | 25869573426 |
| 08/05/2019 | $1,000.00 | 6073742000 | 09/23/2019 | $1,000.00 | 6194573000 |
| 10/10/2019 | $1,000.00 | 6245939000 | 11/06/2019 | $1,000.00 | 6314245000 |
| 12/05/2019 | $1,000.00 | 6385222000 | 12/06/2019 | $1,000.00 | 6385222000 |
| 12/10/2019 | ($1,000.00) | 6385222000 | 01/09/2020 | $1,000.00 | 6470077000 |
| 02/07/2020 | $1,000.00 | 6546420000 | 03/09/2020 | $1,000.00 | 6626180000 |
| 04/13/2020 | $1,000.00 | 6709770000 | 05/11/2020 | $1,000.00 | 6783188000 |
| 06/10/2020 | $1,000.00 | 6855914000 | 07/10/2020 | $1,000.00 | 6930455000 |
| 08/05/2020 | $1,000.00 | 6994133000 | 09/03/2020 | $1,000.00 | 7060997000 |
| 10/07/2020 | $1,000.00 | 7145099000 | 11/04/2020 | $1,000.00 | 7210120000 |
| 12/03/2020 | $1,000.00 | 7283103000 | 01/06/2021 | $1,000.00 | 7360461000 |
| 02/05/2021 | $1,000.00 | 7436629000 | 03/08/2021 | $1,000.00 | 7509062000 |
| 04/05/2021 | $1,000.00 | 7577945000 | 05/10/2021 | $1,000.00 | 7661383000 |
| 06/07/2021 | $1,000.00 | 7725689000 | 07/09/2021 | $1,000.00 | 7800693000 |
| 08/11/2021 | $1,000.00 | 7872808000 | 09/08/2021 | $1,000.00 | 7933997000 |
| 10/04/2021 | $1,000.00 | 7992790000 | 11/04/2021 | $1,000.00 | 8063589000 |
| 12/07/2021 | $1,000.00 | 8133322000 | 01/05/2022 | $1,000.00 | 8192784000 |
| 02/07/2022 | $1,000.00 | 8258924000 | 03/04/2022 | $1,000.00 | 8320504000 |
| 04/06/2022 | $1,000.00 | 8389540000 | 05/06/2022 | $1,000.00 | 8451747000 |
| 06/06/2022 | $1,000.00 | 8509470000 | 07/06/2022 | $1,000.00 | 8573311000 |
| 08/08/2022 | $1,000.00 | 8638154000 | 09/07/2022 | $1,000.00 | 8693951000 |
| 10/07/2022 | $1,000.00 | 8756736000 | 11/07/2022 | $1,000.00 | 8813218000 |
| 12/07/2022 | $1,000.00 | 8869738000 | 01/05/2023 | $1,000.00 | 8923385000 |

**Total Receipts:  $44,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $44,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023               (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | | | | | | |
| | 10/21/2019 | $914.10 | 835,755 | 11/18/2019 | $613.53 | 837,818 |
| | 12/16/2019 | $300.89 | 839,735 | 01/13/2020 | $300.89 | 841,613 |
| | 02/10/2020 | $164.09 | 843,490 | 03/16/2020 | $300.89 | 845,414 |
| | 04/20/2020 | $300.89 | 847,357 | 11/16/2020 | $81.44 | 860,049 |
| | 12/21/2020 | $293.59 | 861,893 | 01/11/2021 | $293.59 | 863,621 |
| | 02/22/2021 | $293.59 | 865,400 | 03/15/2021 | $293.59 | 867,169 |
| | 04/19/2021 | $293.59 | 868,925 | 05/17/2021 | $293.59 | 870,793 |
| | 06/21/2021 | $298.35 | 872,608 | 07/19/2021 | $298.35 | 874,377 |
| | 05/16/2022 | $182.19 | 891,383 | 06/20/2022 | $306.29 | 893,093 |
| | 07/18/2022 | $306.29 | 894,759 | 08/15/2022 | $306.29 | 896,346 |
| | 09/19/2022 | $306.29 | 897,968 | 10/17/2022 | $306.29 | 899,610 |
| | 11/14/2022 | $299.94 | 901,177 | 12/12/2022 | $299.94 | 902,729 |
| | 01/09/2023 | $299.94 | 904,221 | | | |
| SANTANDER CONSUMER USA INC. | | | | | | |
| | 02/10/2020 | $431.00 | 843,654 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 07/20/2020 | $2,783.32 | 8,001,710 | 08/17/2020 | $925.00 | 8,001,769 |
| | 09/21/2020 | $925.00 | 8,001,832 | 10/19/2020 | $925.00 | 8,001,890 |
| | 11/16/2020 | $843.56 | 8,001,946 | 12/21/2020 | $631.41 | 8,002,005 |
| | 01/11/2021 | $631.41 | 8,002,061 | 02/22/2021 | $631.41 | 8,002,118 |
| | 03/15/2021 | $631.41 | 8,002,170 | 04/19/2021 | $631.41 | 8,002,224 |
| | 05/17/2021 | $631.41 | 8,002,272 | 06/21/2021 | $641.65 | 8,002,325 |
| | 07/19/2021 | $641.65 | 8,002,377 | 05/16/2022 | $391.81 | 8,002,890 |
| | 06/20/2022 | $658.71 | 8,002,942 | 07/18/2022 | $658.71 | 8,002,992 |
| | 08/15/2022 | $658.71 | 8,003,040 | 09/19/2022 | $658.71 | 8,003,095 |
| | 10/17/2022 | $658.71 | 8,003,145 | 11/14/2022 | $645.06 | 8,003,196 |
| | 12/12/2022 | $645.06 | 8,003,251 | 01/09/2023 | $645.06 | 8,003,303 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,487.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 15,094.40 | 100.00% | 15,094.40 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ATLANTIC CREDIT AND FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,024.88 | * | 0.00 | |
| 0004 | US BANK TRUST NATIONAL ASSOC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0005 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | NEW YORK STATE THRUWAY AUTHORITY | UNSECURED | 161.75 | * | 0.00 | |
| 0007 | EICHENBAUM & STYLIANOU, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | FIRST PREMIER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | LONG ISLAND STATE EFCU | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | MIDLAND FUNDING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | MCU COLLECTION/LOSS PREVENTION | UNSECURED | 1,939.24 | * | 0.00 | |
| 0015 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0016 | NEW YORK STATE DEPARTMENT OF TAX | UNSECURED | 4,183.17 | * | 0.00 | |
| 0017 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0018 | STERLING JEWELERS/JARED | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SUNTRUST BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | STATE OF NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | CAPITAL ONE BANK (USA) NA | UNSECURED | 3,185.20 | * | 0.00 | |
| 0024 | UNITED STATES TREASURY/IRS | PRIORITY | 27,305.62 | 100.00% | 17,094.18 | |
| 0025 | FEIN SUCH KAHN & SHEPARD | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | LONG ISLAND STATE EFCU | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | MCU COLLECTION/LOSS PREVENTION | UNSECURED | 58.16 | * | 0.00 | |
| 0028 | MCU COLLECTION/LOSS PREVENTION | UNSECURED | 11,407.90 | * | 0.00 | |

**Chapter 13 Case # 19-20626**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0029 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 12,696.56 | 100.00% | 7,948.42 | |
| 0030 | VARIUS HOLDINGS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | UNITED STATES TREASURY/IRS | UNSECURED | 2,387.85 | * | 0.00 | |
| 0032 | LVNV FUNDING LLC | UNSECURED | 1,186.06 | * | 0.00 | |
| 0033 | SANTANDER CONSUMER USA INC. | ADMINISTRATIVE | 431.00 | 100.00% | 431.00 | |

**Total Paid: $43,055.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $44,000.00    -    Paid to Claims: $25,473.60    -    Admin Costs Paid: $17,581.40   =   Funds on Hand: $945.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.