**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kevin . Van Putten | Social Security number or ITIN   xxx–xx–2604 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ |
| | | EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–20626–VFP | |

# Order of Discharge 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kevin . Van Putten

<u>7/10/24</u>      **By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin . Van Putten  
Debtor

Case No. 19-20626-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Jul 10, 2024 | Form ID: 3180W | Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kevin . Van Putten, 42-44 Oriental Street, Newark, NJ 07104-6019 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 518267460 | + | Atlantic Credit and Finance, c/o Forster Garbus & Barbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518267467 | | EZ Pass Port Authority NY & NJ, P.O. Box 149003, Staten Island, NY 10314 |
| 518267465 | | Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Suite 300, P.O. Box 914, Paramus, NJ 07653-0914 |
| 518267466 | + | Essex County Sheriff's Department, 50 West Market Street, Newark, NJ 07102-1692 |
| 518316844 | + | Long Island State Efcu, 250 Veternas Highway, Hauppague, New York 11788-5500 |
| 518463438 | + | New York State Thruway Authority, 200 Southern Blvd., Albany, NY 12209-2098 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 10 2024 20:52:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518267459 | + | EDI: GMACFS.COM | Jul 11 2024 00:34:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518267463 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 10 2024 20:50:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92806 |
| 518346994 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 10 2024 20:50:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 518267461 | + | EDI: CAPITALONE.COM | Jul 11 2024 00:34:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518308293 | + | EDI: AIS.COM | Jul 11 2024 00:40:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518267464 | + | EDI: CCS.COM | Jul 11 2024 00:40:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518267468 | + | EDI: AMINFOFP.COM | Jul 11 2024 00:34:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518318986 | | EDI: IRS.COM | | |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 11 2024 00:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518579391 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2024 20:57:04 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579390 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2024 20:57:01 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518392013 | | Email/Text: bankruptcynotice@nymcu.org | Jul 10 2024 20:52:00 | MUNICIPAL CREDIT UNION, MCU-COLLECTIONS/LOSS PREVENTION DEPT., 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 518267473 | | Email/Text: bankruptcynotice@nymcu.org | Jul 10 2024 20:52:00 | Municipal Credit Union, Attn: Bankruptcy, Po Box 3205, New York, NY 10007 |
| 518267472 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 10 2024 20:52:00 | Midland Funding LLC, ATTN: Mia Kiritsis, Esq, 1037 Raymond Blvd, Suite 710, Newark, NJ 07102-5423 |
| 518303400 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 10 2024 20:52:00 | NY State Dept of Taxation and Finance, PO Box 5300, Albany NY 12205-0300 |
| 518267476 | ^ | MEBN | Jul 10 2024 20:44:55 | New Jersey Attorney General Office, Division of Law, Richard H. Hughes Justic Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 518267478 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 10 2024 20:52:00 | New York State - Assessment Receiveable, Division of Taxation, PO Box 4127, Binghamton, NY 13902-4127 |
| 518923756 | | Email/Text: bknotices@snsc.com | Jul 10 2024 20:52:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 518267477 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 10 2024 20:51:00 | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 518297872 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 10 2024 20:51:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518267479 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 10 2024 20:52:00 | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 518284107 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 10 2024 20:52:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518267480 | + | Email/Text: BKRMailOPS@weltman.com | Jul 10 2024 20:52:00 | Sterling Jewelers/Jared, Attn: Bankruptcy, 375 Ghent Rd, Akron, OH 44333-4601 |
| 518267481 | + | Email/Text: bankruptcy@bbandt.com | Jul 10 2024 20:52:00 | Suntrust Bank, Attn: Bankruptcy, Po Box 85092 Mc Va-Wmrk-7952, Richmond, VA 23285-5092 |
| 518391897 | ^ | MEBN | Jul 10 2024 20:47:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518322433 | ^ | MEBN | Jul 10 2024 20:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518316845 | + | EDI: LCIFULLSRV | Jul 11 2024 00:34:00 | Varius Holdings, LLC, P.O. Box 1931, Burlingame, CA 94011-1931 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: 3180W | Total Noticed: 37 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518267470 | | Long Island State Efcu |
| 518267471 | | Long Island State Efcu |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518267462 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518267474 | *P++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153, address filed with court:, Municipal Credit Union, Attn: Bankruptcy, Po Box 3205, New York, NY 10007 |
| 518267475 | *P++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153, address filed with court:, Municipal Credit Union, Attn: Bankruptcy, Po Box 3205, New York, NY 10007 |
| 518923757 | *P++ | SN SERVICING CORPORATION, 323 FIFTH ST, EUREKA CA 95501-0305, address filed with court:, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 518267469 | ##+ | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 2 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Coats | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust dcoats@ghidottiberger.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Stuart M. Nachbar | on behalf of Debtor Kevin . Van Putten stuart@snanj.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7